L. R. POWELL, JR. and HENRY W. ANDERSON, as Receivers of SEABOARD AIR LINE RAILWAY COMPANY v. JACKSON GRAIN COMPANY and GLOBE INDEMNITY COMPANY.

184 So. 498.
Opinion Filed October 24, 1938.
Rehearing Denied Nov. 23, 1938.

*Knight, Thompson & Sutton* and *John Bell,* for Plaintiffs in Error;

*Claibourne M. Phipps* and *McKay, Macfarlane, Jackson, & Ramsey,* for Defendant in Error.

PER CURIAM.—The order herein granting a new trial upon a directed verdict for the defendant receivers of the railway company is affirmed on the authority of L. R. Powell, Jr., and Henry W. Anderson, as Receivers of Seaboard Railway Company, vs. Jackson Grain Company, a corporation, filed herewith. See page 596 of this Report.

Affirmed.

WHITFIELD, TERRELL, BROWN, BUFORD and CHAPMAN, J. J., concur.

ELLIS, C. J., dissents.

### ON REHEARING

PER CURIAM.—On the authority of the opinion in L. R. Powell, Jr., and Henry W. Anderson, as Receivers of Seaboard Airline Railway Company, a corporation, Plaintiffs in Error, vs. Jackson Grain Company, a corporation, Defendant in Error. this day filed, a rehearing herein is denied.

TERRELL, C. J. and WHITFIELD, BROWN, BUFORD, and CHAPMAN, J. J., concur.

THOMAS, J., not participating.